COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JAIME PORTILLO,                             §

                        Appellant,          §                 No. 08-12-00079-CV

                                            §                 Appeal from the
v.                                          §
                                                              120th District Court
JACK MILLIS AND STEPHAN W.                  §
SAMPLE,                                                        of El Paso County, Texas
                                            §
                        Appellees.          §                 (TC# 2009-262)

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Costs are assessed against the Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

October 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.